# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cr-00013-AJT |
| Arshad Pervez Cheema ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arshad Pervez Cheema

Date: 02/03/2021

*Attorney's signature*

Jay R. Nanavati (VSB 44391)
*Printed name and bar number*
Kostelanetz & Fink LLP
601 New Jersey Avenue NW, Suite 260
Washington, DC 20001

*Address*

jnanavati@kflaw.com
*E-mail address*

(202) 875-8000
*Telephone number*

(202) 844-3500
*FAX number*